FILED

Oct 16  2 09 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DALE A. HOSSFIELD | : |
| Plaintiff, | : |
| V. | : CIVIL ACTION NO. 3:02 CV 2028 (GLG) |
| METRO-NORTH RAILROAD COMPANY | : |
| Defendant. | : OCTOBER 14, 2003 |

## MOTION FOR EXTENSION OF ALL
## DISCOVERY DEADLINES WITH CONSENT

The undersigned defendant, Metro-North Railroad Company, hereby moves the court for an extension of all of the discovery deadlines contained in the Rule 26(f) report governing this case.

In support of this motion, the defendant represents that the parties have exchanged significant written discovery. Depositions are to be commenced in mid October and will, most likely, be completed prior to the end of discovery. However, the depositions that are scheduled may lead to more discovery that needs to be completed. Counsel for the defendant and the plaintiff currently have matters scheduled for trial which may impede on the ability to complete all the necessary depositions in the time allowed.

The defendant seeks an extension of all the deadlines from November 1, 2003 until March 1, 2004. The granting of this motion would still have discovery completed within 16 months of the filing of the plaintiff's complaint.

The case has not yet been assigned a firm trial date. This is the first request for extension with regard to these deadlines.

Counsel for the plaintiff, Scott Perry, consents to this motion.

                                      THE DEFENDANT,
                                      METRO-NORTH RAILROAD

By: _____
      Robert O. Hickey, Esq.
      Ryan, Ryan, Johnson & Deluca, LLP
      80 Fourth Street, P.O. Box 3057
      Stamford, CT  06905
      Juris No. 52525
      Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2003, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill & Goetsch, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Dale A. Hossfield

_____
Robert O. Hickey, Esq.

I:\Procases\205.141\mtndiscdeadines.wpd
205.141