mcxH

10

FILED

Oct 16  2 09 PM '03

# UNITED STATES DISTRICT COURT
U.S DISTRICT COURT
NEW HAVEN, CONN.

## DISTRICT OF CONNECTICUT

Motion GRANTED on consent. All deadlines extended to 3/1/04

Gerard L. Goettel, USDJ
10-22-03

FILED
Oct 23  3 22 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

DALE A. HOSSFIELD

　　　　Plaintiff,

V.                                    CIVIL ACTION NO. 3:02 CV 2028 (GLG)

METRO-NORTH RAILROAD COMPANY

　　　　Defendant.                    OCTOBER 14, 2003

### MOTION FOR EXTENSION OF ALL DISCOVERY DEADLINES WITH CONSENT

The undersigned defendant, Metro-North Railroad Company, hereby moves the court for extension of all of the discovery deadlines contained in the Rule 26(f) report governing this case.

In support of this motion, the defendant represents that the parties have exchanged significant written discovery. Depositions are to be commenced in mid October and will, most likely, be completed prior to the end of discovery. However, the depositions that are scheduled may lead to more discovery that needs to be completed. Counsel for the defendant and the plaintiff currently have matters scheduled for trial which may impede on the ability to complete all the necessary depositions in the time allowed.