UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

DALE HOSSFIELD,                                    CIVIL ACTION

    Plaintiff                                         NO. 3:02CV02028 (GLG)

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant                                      DECEMBER 22, 2003
_____X

## JOINT MOTION FOR REFERRAL FOR SETTLEMENT CONFERENCE

    The parties hereby jointly request a referral for a settlement conference with a Magistrate Judge. In support hereof, the parties state the following:

    1. On November 4, the defendant deposed the plaintiff and the plaintiff deposed a Metro-North trainmaster.

    2. The parties continue to conduct written discovery and plan on taking a few more depositions. On October 14, 2003, a Motion To Extend the Discovery Deadline to March 1, 2004 was filed and is currently pending before the Court.

    3. At the present time, the parties believe that they have sufficient information to conduct meaningful settlement discussions and request referral to a Magistrate Judge for a settlement conference, preferably as early January.

2

4. On December 22, 2003, plaintiff's counsel spoke with Metro-North's attorney, Robert Hickey, and he consents and joins in the instant motion.

FOR THE PLAINTIFF,

By_____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut  06511
(203) 777-1000

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid on this _____ day of December, 2003, to Robert O. Hickey, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____
Scott E. Perry