**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
DALE HOSSFIELD,                     :
                                    :
        Plaintiff,                  :        ORDER
                                    :
    -against-                       :
                                    :        3: 02 CV 2028 (GLG)
METRO-NORTH RAILROAD COMPANY,       :
                                    :
        Defendant.                  :
------------------------------------X
```

The parties have requested a referral for settlement conference with a Magistrate Judge [**Doc. #12**].  This motion is **granted**.  The case will be referred to Magistrate Judge Joan G. Margolis for settlement purposes.

       **SO ORDERED.**

**Dated:**   **January 6, 2004**
           **Waterbury, CT**                              /s/
                                                          Gerard L. Goettel
                                                              U.S.D.J.