UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------X
DALE HOSSFIELD,                    :
                                   :
         Plaintiff,                :
                                   :   3: 02 CV 2028 (GLG)
     -against-                     :        ORDER
                                   :
METRO-NORTH RAILROAD COMPANY,      :
                                   :
         Defendant.                :
-----------------------------------X
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Joan G. Margolis for the following purposes:

\_\_\_   All purposes except trial, unless the parties consent to trial before the magistrate judge.

\_\_\_   A ruling on all pretrial motions except dispositive motions.

\_\_\_   To supervise discovery and resolve discovery disputes.

\_\_\_   A ruling on the following motion which is currently pending:

_X_   Settlement conference.

\_\_\_   A conference to discuss the following:

\_\_\_   Other:

**SO ORDERED.**

**January 6, 2004**
**Waterbury, Connecticut.**

                                        /s/
                              **Gerard L. Goettel**
                   **United States District Judge**