IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
                                                       :
DALE HOSSFIELD                                         :    3:02 CV 2028 (GLG)
                                                       :
v.                                                     :
                                                       :
                                                       :
METRO-NORTH RR CO.                                     :    DATE: FEBRUARY 10, 2004
-------------------------------------------------------x
```

### MEMORANDUM OF SETTLEMENT CONFERENCE

Date of Conference:  February 10, 2004

Attorneys Present:   Scott E. Perry, Esq.
                     (For Plaintiff)

                     Robert O. Hickey, Esq.
                     (For Defendant)

### DISCUSSIONS

Defense counsel will report back to the Magistrate Judge regarding his client's settlement response.  Counsel agreed to the deadlines set forth below.

### ORDERS

1. By agreement of counsel, all discovery shall be completed **on or before May 3, 2004**, and all motions for summary judgment shall be filed **on or before June 3, 2004**.

2. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 10th day of February, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge