UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

———————————————————X

| | |
|---|---|
| DALE HOSSFIELD, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV02028 (GLG) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | |
| Defendant | APRIL 30, 2004 |

———————————————————X

### JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

The parties hereby jointly request a ninety (90) day extension of time to complete discovery from May 3, 2004 up to and including August 3, 2004. In support hereof, the parties state the following:

1. On April 30, the plaintiff deposed Metro-North Safety Manager James Griffin and Metro-North Manager Joseph Kanell. The plaintiff noticed the deposition of Fred Chidester for the same day, however, Mr. Chidester was called to perform emergency duty for Metro-North. Metro-North agrees to produce Mr. Chidester later in May.

2. Additionally, on or about April 22, 2004, the plaintiff had an MRI and learned he had torn cartilage in his right knee. The plaintiff contends the torn cartilage was caused by the accident. The defendant upon receipt of these medical records may obtain a

medical expert to opine on the plaintiff's knee. The plaintiff is in the process of obtaining these recent records. Also, it appears the plaintiff was unable to work since April 22, 2004 due to a new infection (cellulites) in his right leg. The plaintiff claims the infection resulted from the injuries to his leg caused by the accident.

3. Metro-North intends to obtain an expert concerning accident reconstruction and the plaintiff will need time to depose any such expert, and if necessary, obtain his own expert.

4. Lastly, the plaintiff was not provided with a tape of radio communications recorded on the night of the accident until today and plans to conduct a couple of depositions pertaining thereto.

5. This is the parties' second motion to extend the deadline to complete discovery.

Wherefore, the parties jointly request a ninety (90) day extension of time to complete discovery from May 3, 2004 up to and including August 3, 2004.

FOR THE PLAINTIFF,

By_____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

2

FOR THE DEFENDANT, METRO-NORTH
RAILROAD COMPANY

By_____
Robert O. Hickey (ct19555)
RYAN, RYAN, JOHNSON & DELUCA, LLP
80 Fourth Street, P.O. Box 3057
Stamford, Connecticut  06905
(203) 357-9200

3

.4

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid on this 30th day of April, 2004, to Robert O. Hickey, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____
Scott E. Perry