FILED
MAY 3 10 25 AM '04
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| DALE HOSSFIELD, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV02028 (GLG) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | |
| Defendant | APRIL 30, 2004 |

_____X

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

The parties hereby jointly request a ninety (90) day extension of time to complete discovery from May 3, 2004 up to and including August 3, 2004. In support hereof, the parties state the following:

1. On April 30, the plaintiff deposed Metro-North Safety Manager James Griffin and Metro-North Manager Joseph Kanell. The plaintiff noticed the deposition of Fred Chidester for the same day, however, Mr. Chidester was called to perform emergency duty for Metro-North. Metro-North agrees to produce Mr. Chidester later in May.

2. Additionally, on or about April 22, 2004, the plaintiff had an MRI and learned he had torn cartilage in his right knee. The plaintiff contends the torn cartilage was caused by the accident. The defendant upon receipt of these medical records may obtain a