UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Dale Hossfeild

V.                                   Case Number:  3:02cv2028(MRK)

Metro-North RR Co

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 9/21/04 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on October 21, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, September 21, 2004.

                            KEVIN F. ROWE, CLERK

                            By: ___/s/_____
                                P.A. Moore
                                Deputy Clerk