UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT 2004 OCT 22 P 1: 32

                                 X   **U.S. DISTRICT COURT**

                                           **NEW HAVEN, CT**

DALE HOSSFIELD,                                CIVIL ACTION

        Plaintiff                           NO. 3:02CV02028 (MRK)

VS.

METRO-NORTH RAILROAD COMPANY,

        Defendant

                                   X

## STIPULATION FOR DISMISSAL

     It is hereby stipulated and agreed that this matter may be dismissed with prejudice and without costs to either party.

PLAINTIFF, DALE HOSSFIELD,           DEFENDANT, METRO-NORTH
                                           RAILROAD COMPANY,

By _____      By _____
   George J. Cahill, Jr. (ct04485)        Robert O. Hickey (ct19555)
   CAHILL, GOETSCH & MAURER, P.C.    RYAN, RYAN, JOHNSON & DELUCA, LLP
   43 Trumbull Street                      80 Fourth Street – P.O. Box 3057
   New Haven, Connecticut 06510       Stamford, Connecticut  06905
   (203) 777-1000                           (203) 357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2004, a copy of the above was mailed to the following

counsel and pro se parties of record:

Scott Perry, Esq.
Cahill & Goetsch, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Dale A. Hossfield, Plaintiff

_____
Robert O. Hickey, Esq.

I:\Procases\205.141\plntnotdep090503.wpd
205.141